UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARY HARRISON and ALEX HARRISON,

    Plaintiffs,

v.                                CASE NO. 5:13-cv-177-RS-EMT

HOLMES COUNTY SCHOOL DISTRICT,

    Defendant.
_____/

## ORDER

Before me is Plaintiffs' Motion for Clarification or Reconsideration, and Motion for Leave to File Second Amended Complaint (Doc. 39) and Defendant's Response (Doc. 41). On August 27, 2013, the Court entered an Order dismissing Plaintiffs claims of disability discrimination (Count I) and retaliation (Count III) based on failure to exhaust administrative remedies under the Individuals with Disabilities Act ("IDEA"). Plaintiffs also brought their claims under state law. The state law claims under the Florida Education Equity Act ("FEEA") and Chapter 760, Fla. Stats., are not subject to the exhaustion requirements of IDEA. *Palmer v. Santa Rosa County School Board*, 2005 WL 3338724, at *3 n.5 (N.D. Fla. 2005)("Title IX does not require that individual complainants exhaust administrative remedies prior to filing suit, and the FEEA likewise does not require

exhaustion of administrative remedies prior to commencement of suit.")(internal citations omitted).  Therefore, the state law claims of Counts I and III should not have been dismissed for failure to exhaust administrative remedies.

The relief requested in Plaintiffs' Motion for Clarification or Reconsideration, and Motion for Leave to File Second Amended Complaint (Doc. 39) is **GRANTED**.  Plaintiffs shall file their second amended complaint not later than October 18, 2013.  Additionally, the discovery deadline will be extended to December 4, 2013.  Dispositive motions shall be filed not later than December 18, 2013.

**ORDERED** on October 7, 2013.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**